# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 315 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Hancock et al vs. Ayros Logistics, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/6/2008. Plaintiffs' motion [10] for entry of default and for an order directing defendant to turn over monthly fringe benefit contribution reports is granted. The defendant is ordered to submit its monthly fringe benefit contribution reports for the months of September 2007 through January 2008 within fourteen (14) days of the entry of this order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant. The Court hereby retains jurisdiction of this cause and all of the parties for the purpose of enforcing this Order and entering judgment against defendant. Status hearing set for 3/19/2008 is stricken.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|