IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0315 |
| | ) | |
| AYROS LOGISTIC, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ORDER SETTING
A HEARING ON A RULE TO SHOW CAUSE**

NOW COME Plaintiffs, TERRENCE J. HANCOCK, *et al.*, by their attorneys, and move this

Court for the entry of an Order to set a hearing on a rule to show cause why MIRTA R. RODAS,

in her capacity as an officer and agent of Defendant, Ayros Logistic, Inc., should not be held in

contempt of Court for failure to comply with the Court's Order of March 6, 2008. Attached in

support of this Motion is the Affidavit of Beverly P. Alfon.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have served the above-referenced document by facsimile to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 28th day of March 2008:

> Ms. Mirta R. Rodas, Registered Agent/President
> Ayros Logistic, Inc.
> 3044 W. Pershing Road
> Chicago, IL   60632
> 773-376-7030

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Ayros\motion-rule.bpa.df.wpd