IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0315 |
| | ) | |
| AYROS LOGISTIC, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

STATE OF ILLINOIS      )
                                      ) SS.
COUNTY OF COOK     )

BEVERLY P. ALFON, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned action.

2. On March 6, 2008, this Court entered an Order requiring the Defendant to submit its monthly fringe benefit contribution reports for the time period September 2007 through January 2008 within 14 days of the entry of said Order (a copy of the Order entered March 6, 2008 is attached hereto as Exhibit A).

3. On March 6, 2008, I wrote to Mirta R. Rodas, in her capacity as Registered Agent and President of the Defendant and informed her of the entry of the Order and enclosed a copy of the Order. I also informed Ms. Rodas that if she failed to submit the required monthly fringe benefit contribution reports, I would return to Court to enforce the Order (a copy of the correspondence dated March 6, 2008 is attached hereto as Exhibit B).

    4.      Mirta R. Rodas, in her capacity as an officer an agent of Defendant, Ayros Logistic, Inc., has failed to submit Defendant's monthly fringe benefit contribution reports for September 2007 through January 2008 in order to comply with the Court Order entered March 6, 2008.

    5.      I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

        FURTHER AFFIANT SAYETH NOT.


                        /s/   Beverly P. Alfon


SUBSCRIBED AND SWORN TO
before me this 28th
day of March 2008.


/s/   Deborah A. Farrell
      NOTARY PUBLIC

I:\731exc\Ayros\alfon affidavit-rule.bpa.df.wpd

2