# EXHIBIT A

Order Form (01/2005)

Case 1:08-cv-00315   Document 13   Filed 03/06/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 315 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Hancock et al vs. Ayros Logistics, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/6/2008. Plaintiffs' motion [10] for entry of default and for an order directing defendant to turn over monthly fringe benefit contribution reports is granted. The defendant is ordered to submit its monthly fringe benefit contribution reports for the months of September 2007 through January 2008 within fourteen (14) days of the entry of this order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant. The Court hereby retains jurisdiction of this cause and all of the parties for the purpose of enforcing this Order and entering judgment against defendant. Status hearing set for 3/19/2008 is stricken.

■ [ For further detail see separate order(s).]                                        Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0315 |
| | ) | |
| AYROS LOGISTIC, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, AYROS LOGISTIC, INC., an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.  Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6.  Defendant has failed to submit its monthly fringe benefit contribution reports for the months of September 2007 through January 2008.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A.  That Defendant submit its monthly fringe benefit contribution reports for the months of September 2007 through January 2008, within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.

B.  The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

*Charles P. Kocoras*
UNITED STATES DISTRICT JUDGE

DATED: March 6, 2008

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com
C:\WPTEXT\Minute Orders\08c315 Order.wpd

2

# EXHIBIT B

Case 1:08-cv-00315    Document 15-3    Filed 03/28/2008    Page 5 of 6

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
Attorneys and Counsellors



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

March 6, 2008

**Beverly P. Alfon**

E-mail Address:
balfon@baumsigman.com

Ms. Mirta R. Rodas, President
Ayros Logistic, Inc.
3044 W. Pershing Road
Chicago, IL  60632

        Re:    Terrence J. Hancock, *et al.*
                v. Ayros Logistic, Inc.
                Civil Action No. 08 C 0315
                Our File No. 20706

Dear Ms. Rodas:

Enclosed is a copy of the Order entered by the Honorable Judge Charles P. Kocoras directing your company to turn over its monthly fringe benefit contribution reports and all contributions and liquidated damages due thereon for the time period September 2007 through January 2008 within 14 days of the entry of the Order.

Your failure to submit the company's reports and contributions due for September 2007 through January 2008 by **Friday, March 21, 2008** will leave us no alternative but to return to court in order to initiate contempt proceedings. Your company will be liable for any additional attorneys' fees incurred as a result of further litigation of this matter.

This matter requires your immediate attention.

                              Very truly yours,

                              **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

                              Beverly P. Alfon

BPA/df
Enclosure
cc:    William D. Woldman
I:\731exc\Ayros\rodas 03-06-08.bpa.df.wpd