IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0315 |
| | ) | |
| AYROS LOGISTIC, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Ms. Mirta R. Rodas, Registered Agent/President
Ayros Logistic, Inc.
3044 W. Pershing Road
Chicago, IL 60632

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **9th** day of **April 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles P. Kocoras, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1725, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause. A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have served the above-referenced document by U.S. Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 28th day of March 2008:

      Ms. Mirta R. Rodas, Registered Agent/President
      Ayros Logistic, Inc.
      3044 W. Pershing Road
      Chicago, IL   60632

      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Ayros\notice of motion-rule.bpa.df.wpd