UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Terrence J Hancock, et al.
                           Plaintiff,

v.                                          Case No.: 1:08−cv−00315
                                            Honorable Charles P. Kocoras

Ayros Logistic, Inc.
                           Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 4/9/2008. Plaintiffs' motion [15] for a rule to show cause why Mirta R. Rodas, in her capacity as Registered Agent and President of Defendant, Ayros Logistic, Inc. should not be held in contempt of Court for failure to comply with the Court's order of 3/6/2008 is granted. Enter said order to show cause, returnable 5/28/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.