IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0315 |
| | ) | |
| AYROS LOGISTIC, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER, coming on to be heard upon Motion of Plaintiffs herein, by their attorneys, it appearing to the Court that the Defendant has failed to comply with the Court's Order of March 6, 2008 directing Defendant, within 14 days of the entry of said Order, to turn over its monthly fringe benefit contribution reports for the time period September 2007 through January 2008;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That MIRTA R. RODAS, in her capacity as Registered Agent and President of Defendant, Ayros Logistic, Inc., an Illinois corporation, appear before this Court on _MAY 28_, 2008 at 9:30 a.m. to show cause why she should not be held in contempt of Court for failure to comply with the Court's Order of March 6, 2008.

ENTER:

_Charles P. Kocoras_
UNITED STATES DISTRICT JUDGE

DATED: _4-9-08_