## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Terrence J Hancock, et al.

                    Plaintiff,

v.

                                     Case No.: 1:08−cv−00315
                                     Honorable Charles P. Kocoras

Ayros Logistic, Inc.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:The return on rule to show cause against Mirta R. Rodas is reset from 5/28/2008 to 6/25/2008 at 9:30 a.m. to allow service on Ms. Rodas.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.