# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Terrence J Hancock, et al().

                        Plaintiff,

v.                                            Case No.: 1:08−cv−00315
                                            Honorable Charles P. Kocoras

Ayros Logistic, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:The Court having been informed by telephone that a settlement was reached, the Court discharges the rule to show cause against Mirta R. Rodas without prejudice. Hearing set for 6/25/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.